UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ROBERT EARL TAYLOR, JR.**                              CIVIL ACTION

**VERSUS**                                               NO.  12-1849

**ROBERT TANNER, et al.**                                SECTION "G"(4)

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the **Motion for Temporary Restraining Order (Rec. Doc. No. 6)** filed by Robert Earl Taylor, Jr., is **DENIED**.

New Orleans, Louisiana, this  21st  day of         February         , 2012.

*Nannette Jolivette Brown*
UNITED STATES DISTRICT JUDGE